UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT JERICE BREWER,

      Petitioner,

Case No. 11-20537

Honorable John Corbett O'Meara

v.

UNITED STATES OF AMERICA,

      Respondent.

                                             /

**ORDER DENYING
PETITIONER'S MOTION FOR RECONSIDERATION**

     This matter came before the court on petitioner Dwight Jerice Brewer's September 19, 2014 motion for reconsideration. No response was filed, and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

     Petitioner Brewer's motion for reconsideration, whether from the judgment entered September 16, 2013, or from the August 20, 2014 order denying his motion to vacate, "merely present[s] the same issues ruled upon by the court, either expressly or by reasonable implication." Brewer has failed to "demonstrate a palpable defect by which the court and the parties . . . have been misled." Accordingly, the court must deny his motion for reconsideration.

## **ORDER**

Therefore, it is hereby **ORDERED** that petitioner Dwight Jerice Brewer's September 19, 2014 motion for reconsideration is **DENIED.**

s/John Corbett O'Meara<br>United States District Judge

Date:  January 27, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 27, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager